IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEKA INVESTMENT GMBH and CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>SANTANDER CONSUMER USA HOLDINGS INC., THOMAS G. DUNDON, JASON KULAS, JUAN CARLOS ALVAREZ, ROMAN BLANCO, GONZALO DE LAS HERAS, STEPHEN A. FERRISS, MATTHEW KABAKER, TAGAR OLSON, ALBERTO SANCHEZ, JAVIER SAN FELIX, JUAN ANDRES YANES, DANIEL ZILBERMAN, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., SANTANDER INVESTMENT SECURITIES INC., BARCLAYS CAPITAL INC., GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, RBC CAPITAL MARKETS, LLC, BMO CAPITAL MARKETS CORP., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, WELLS FARGO SECURITIES, LLC, KKR CAPITAL MARKETS LLC, SANDLER O'NEILL & PARTNERS, L.P., STEPHENS INC., and LOYAL3 SECURITIES, INC.,<br><br>       Defendants. | Case No.:  3:15-CV-2129-K |

1

# ORDER

Before the Court are (1) Defendant Santander Consumer USA Holdings, Inc. and the Individual Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 106); and (2) The Underwriter Defendants' Motion to Dismiss the First Amended Complaint's First and Second Claims for Relief Under the Securities Act (Doc. No. 108). After careful consideration of the Motions, the response and the reply, the applicable law, and the relevant portions of the record, the Court **DENIES** Defendant's Santander Consumer USA Holdings, Inc. and the Individual Defendants' Motion to Dismiss the Amended Complaint and **DENIES** The Underwriter Defendants' Motion to Dismiss the First Amended Complaint's First and Second Claims for Relief Under the Securities Act.

**SO ORDERED.**

Signed June 13th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE