UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| DEKA INVESTMENT GMBH, *et al.*, | § | Civil Action No. 3:15-cv-02129-K |
| | § | |
| Plaintiffs, | § | CLASS ACTION |
| | § | |
| vs. | § | Hon. Ed Kinkeade |
| | § | |
| SANTANDER CONSUMER USA HOLDINGS INC., *et al.*, | § § § | |
| | § | |
| Defendants. | § § | |

**LEAD PLAINTIFFS' DESIGNATION OF EXPERT PURSUANT TO CLASS CERTIFICATION SCHEDULING ORDER**

PLEASE TAKE NOTICE that Deka Investment GmbH and City of Dearborn Heights Act 345 Police & Fire Retirement System (together, "Lead Plaintiffs"), by and through their undersigned counsel, in accordance with this Court's Class Certification Scheduling Order, dated September 21, 2016, hereby designate as an expert Frank C. Torchio, President of Forensic Economics, Inc., who will provide opinions concerning market efficiency pertaining to the common stock of Santander Consumer USA Holdings Inc., based on his expertise, economic analysis, and the non-exhaustive factors listed in *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989) and *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001).

Dated: November 7, 2016

**GRANT & EISENHOFER P.A.**

By: /s/  Charles T. Caliendo
James J. Sabella (*pro hac vice*)
Charles T. Caliendo (*pro hac vice*)
Caitlin M. Moyna (*pro hac vice*)
485 Lexington Ave., 29th Floor
New York, NY 10017
Tel.:  (646) 722-8500

Jeremy Cole (*pro hac vice*)
123 Justison Street
Wilmington, DE  19801
Tel: (302) 622-7000

**ROBBINS GELLER RUDMAN & DOWD LLP**
Willow E. Radcliffe (*pro hac vice*)
Sunny Sarkis (*pro hac vice*)
Nadim Hagazi (*pro hac vice*)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel.:  (415) 288 4545

Matthew I. Alpert (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058

*Co-Lead Counsel for the Class*
**KENDALL LAW GROUP, PLLC**
Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
Jamie J. McKey
Texas Bar No. 24045262
jmckey@kendalllawgroup.com
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Tel.: (214) 744-3000

*Local Counsel for the Class*

**BALON B. BRADLEY LAW FIRM**
Balon B. Bradley
Texas Bar No. 02821700
balon@bbradleylaw.com
5473 Blair Road, Suite 100
Dallas, Texas  75231
Tel: (972) 991-1582

*Additional Local Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016, I served the counsel listed below via U.S. Mail and electronic mail the document entitled: **LEAD PLAINTIFFS' DESIGNATION OF EXPERT PURSUANT TO CLASS CERTIFICATION SCHEDULING ORDER**.

| | |
|---|---|
| R. Thaddeus Behrens<br>Daniel H. Gold<br>Matthew A. McGee<br>**HAYNES & BOONE LLP**<br>2323 Victory Avenue, Ste. 700<br>Dallas, TX  75219<br>thad.behrens@haynesboone.com<br>daniel.gold@haynesboone.com<br>matt.mcgee@haynesboone.com<br><br>Stephen R. DiPrima<br>David B. Anders<br>Lauren M. Kofke<br>**WACHTELL, LIPTON, ROSEN**<br>  **& KATZ**<br>51 West 52nd Street<br>New York, NY  10019<br>srdiprima@wlrk.com<br>dbanders@wlrk.com<br>lmkofke@wlrk.com<br><br>*Counsel for Santander Consumer USA Holdings Inc. and the Individual Defendants* | Noelle M. Reed<br>Michelle L. Davis<br>Jay B. Kasner<br>Susan L. Saltzstein<br>**SKADDEN ARPS SLATE**<br>  **MEAGHER & FLOM**<br>1000 Louisiana St., Ste. 6800<br>Houston, TX  77002-5026<br>noelle.reed@skadden.com<br>michelle.davis@skadden.com<br><br>Jay B. Kasner<br>Susan L. Saltzstein<br>**SKADDEN ARPS SLATE**<br>  **MEAGHER & FLOM**<br>4 Times Square<br>New York, NY  10036<br>jay.kasner@skadden.com<br>susan.saltzstein@skadden.com<br><br>*Counsel for the Underwriter Defendants* |

    /s/ Caitlin M. Moyna

    Caitlin M. Moyna