UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| DEKA INVESTMENT GMBH, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>SANTANDER CONSUMER USA HOLDINGS INC., et al.,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:15-cv-02129-K<br><br>CLASS ACTION<br><br>Hon. Ed Kinkeade<br><br>**ORAL ARGUMENT REQUESTED** |

**LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1208795_1

Lead Plaintiffs Deka Investment GmbH and City of Dearborn Heights Act 345 Police & Fire Retirement System hereby move this Court for an order granting Lead Plaintiffs' Motion for Class Certification ("Motion") in the above-captioned matter.

This Motion is made pursuant to Rule 23 of the Federal Rules of Civil Procedure and Rule 23.2 of the Local Civil Rules for the United States District Court for the Northern District of Texas, and is based upon this notice, the accompanying memorandum of law in support thereof, the appendix and proposed order filed concurrently herewith, the pleadings on file in this case, and such other evidence and argument as the Court may consider.

DATED: December 2, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP

s/ MATTHEW I. ALPERT
MATTHEW I. ALPERT (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE (*pro hac vice*)
SUNNY S. SARKIS (*pro hac vice*)
NADIM G. HEGAZI (*pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

GRANT & EISENHOFER P.A.
JAMES J. SABELLA (*pro hac vice*)
CHARLES T. CALIENDO (*pro hac vice*)
CAITLIN M. MOYNA (*pro hac vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646/722-8500
646/722-8501 (fax)

GRANT & EISENHOFER P.A.
JEREMY COLE (*pro hac vice*)
123 Justison Street
Wilmington, DE 19801
Telephone: 302/622-7000
302/622-7100 (fax)

Co-Lead Counsel for the Class

KENDALL LAW GROUP, LLP
JOE KENDALL
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
JAMIE J. McKEY
Texas Bar No. 24045262
jmckey@kendalllawgroup.com
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

Local Counsel for the Class

BALON B. BRADLEY LAW FIRM
BALON B. BRADLEY
Texas Bar No. 02821700
balon@bbradleylaw.com
5473 Blair Road, Suite 100
Dallas, TX 75231
Telephone: 972/991-1582
972/755-0424 (fax)

Additional Local Counsel for the Class

**CERTIFICATION OF CONFERENCE PURSUANT TO L.R. 7.1(b)**

This Motion is opposed. On November 28, 2016, counsel for Lead Plaintiffs conferred with the following counsel for defendants:

| NAME | FIRM | EMAIL |
| --- | --- | --- |
| R. Thaddeus Behrens | Haynes and Boone, LLP | thad.behrens@haynesboone.com |
| Daniel H. Gold | Haynes and Boone, LLP | daniel.gold@haynesboone.com |
| Matthew A. McGee | Haynes and Boone, LLP | matt.mcgee@haynesboone.com |
| Nick Nelson | Haynes and Boone, LLP | nick.nelson@haynesboone.com |
| Noelle M. Reed | Skadden Arps Slate Meagher & Flom LLP | noelle.reed@skadden.com |
| Wallis M. Hampton | Skadden Arps Slate Meagher & Flom LLP | wallis.hampton@skadden.com |
| Susan L. Saltzstein | Skadden Arps Slate Meagher & Flom LLP | susan.saltzstein@skadden.com |
| Stephen R. DiPrima | Wachtell, Lipton, Rosen & Katz | srdiprima@wlrk.com |
| David B. Anders | Wachtell, Lipton, Rosen & Katz | dbanders@wlrk.com |
| Lauren M. Kofke | Wachtell, Lipton, Rosen & Katz | lmkofke@wlrk.com |

Counsel for defendants advised counsel for Lead Plaintiffs on November 30, 2016 that defendants are opposed to the relief sought in this Motion.

    s/ MATTHEW I. ALPERT
    MATTHEW I. ALPERT

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: malpert@rgrdlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 2, 2016.

                         s/ MATTHEW I. ALPERT
                         MATTHEW I. ALPERT

                         ROBBINS GELLER RUDMAN
                               & DOWD LLP
                         655 West Broadway, Suite 1900
                         San Diego, CA  92101-8498
                         Telephone:  619/231-1058
                         619/231-7423 (fax)

                         E-mail: malpert@rgrdlaw.com

**Mailing Information for a Case 3:15-cv-02129-K Steck v. Santander Consumer USA Holdings Inc. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew I Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David B Anders**
  dbanders@wlrk.com

- **R Thaddeus Behrens**
  thad.behrens@haynesboone.com,kimberly.dean@haynesboone.com

- **Balon B Bradley**
  balon@bbradleylaw.com,balonbb@aol.com,iasanchez@bbradleylaw.com,anneh@bbradleylaw.com

- **Charles T Caliendo**
  ccaliendo@gelaw.com,rfinnimore@gelaw.com,tsaviano@gelaw.com

- **Ashley A Chung**
  aachung@wlrk.com

- **Jeremy S Cole**
  jcole@gelaw.com

- **Michelle L Davis**
  michelle.davis@skadden.com

- **Stephen R DiPrima**
  srdiprima@wlrk.com

- **Caitlin A Donovan**
  cadonovan@wlrk.com

- **Lionel Z Glancy**
  lglancy@glancylaw.com,dmacdiarmid@glancylaw.com,mmgoldberg@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Jay B Kasner**
  jay.kasner@skadden.com,jason-skorupka-5600@ecf.pacerpro.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Lauren M Kofke**
  lmkofke@wlrk.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com

- **Matthew Adams McGee**
  matt.mcgee@haynesboone.com

- **Jamie Jean McKey**
  jmckey@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Caitlin Marie Moyna**
  cmoyna@gelaw.com

- **Brian P Murray**
  bmurray@glancylaw.com

- **Robert V Prongay**
  rprongay@glancylaw.com

- **Willow E Radcliffe**
  willowr@rgrdlaw.com,nhegazi@rgrdlaw.com

- **Noelle M Reed**
  noelle.reed@skadden.com,wallis.hampton@skadden.com,rachel.redman@skadden.com,dockethouston@skadden.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com,willowr@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James J Sabella**
  jsabella@gelaw.com

- **Susan Leslie Saltzstein**
  susan.saltzstein@skadden.com

- **Sunny S. Sarkis**
  ssarkis@rgrdlaw.com,kirstenb@rgrdlaw.com

- **Andrew L Schwartz**
  aschwartz@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`