# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| DEKA INVESTMENT GMBH, *et. al.*, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:15-CV-2129-K |
| SANTANDER CONSUMER USA HOLDINGS INC., *et. al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Lead Plaintiffs' Motion to Lift the Stay of the Proceedings Herein (Doc. No. 209). The Court has carefully considered the motion, response, reply, and applicable law. Because the stay in *In re Cobalt Int'l Energy, Inc. Sec. Litig.*, No. H-14-3428, 2017 U.S. Dist. LEXIS 91938 (S.D. Tex. June 15, 2017) is temporary, the Court **DENIES** Plaintiffs' motion at this time.

The parties are **ordered** to file a Joint Status Report with the Court within 14 days of the Fifth Circuit's mandate for the *In re Cobalt Int'l Energy, Inc. Sec. Litig.* appeal.

**SO ORDERED.**

Signed March 20th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1